UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALLSTATE VEHICLE AND PROPERTY )
INSURANCE COMPANY and )
ALLSTATE PROPERTY AND CASUALTY )
INSURANCE COMPANY, )
                  Plaintiffs, )
) No. 2:19-cv-177
-v- )
) Honorable Paul L. Maloney
CHARLES STEPHEN AMALA and )
BRENDA LEE KESANEN, )
                  Defendants. )
)

## JUDGMENT

All pending claims in this action have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 14, 2020                              /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge